```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA, *on behalf of himself and all other persons similarly situated*,

                    Plaintiff,

      v.

CHEFS' TOYS, LLC.,

                    Defendant.

21-CV-3469 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 20, 2021, Plaintiff Jose Quezada brought this action alleging violations of the Americans with Disabilities Act. On July 12, 2021, Plaintiff informed the Court that a settlement in principle had been reached in this action. The Court stayed the action on July 13, 2021.

    By no later than September 28, 2021, the parties shall update the Court on the status of settlement.

SO ORDERED.

Dated:    September 14, 2021
            New York, New York

                                    Ronnie Abrams
                                    United States District Judge